APPENDIX OF FORMS TO FEDERAL RULES OF APPELLATE PROCEDURE

FORM 1. NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

DOC NO
REC'D/FILED
2018 FEB 20 PM 12: 20
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

JOHN E. HENRICKS, III

        Plaintiff,

                                    OPINION AND ORDER

                                         17-cv-630-bbc
                                         13-cr-83-bbc

UNITED STATES OF AMERICA
        Defendant.

Notice is hereby given that John E. Henricks III in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit for relief from the decision granted by District Judge Barbara B. Crabb denying relief under 28 U.S.C. §2255. Plaintiff is also seeking certificate of appealability as mentioned in the judgement entered in this action on the 7th day of February 2018.

(s) _Henricks, John_

Henricks, John 08264-090
FPC Duluth
PO Box 1000
Duluth, MN 55814